AO108(2/90) Application for Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One black 2000, 4-Door,
Mercedes-Benz S430 Sedan,
VIN WDBNG70J4YA046776

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER:

I    Ronald D. Williams    being duly sworn depose and say:

I am a(n)   Special Agent with the Internal Revenue Service   and have reason to believe
that in the District of Columbia there is now certain property which is subject to forfeiture to the United States, namely
(describe the property to be seized)

One black 2000, 4-Door, Mercedes-Benz S430 Sedan, VIN WDBNG70J4YA046776

which is (state one or more bases for seizure under the United States Code)

subject to seizure under 18 U.S.C. § 981(b) as property subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C) (property that constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (Wire Fraud) (as incorporated by 18 U.S.C. § 1956(c)(7) and further incorporated by 18 U.S.C. § 1961(1)), and as property subject to forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A) (property involved in Money Laundering in violation of 18 U.S.C. § 1957)

concerning a violation of Title 18, United State Code, Section(s) <u>1343 and 1957</u>. The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

William R. Cowden
Asset Forfeiture Unit, Criminal Division
(202) 307-0258

Signature of Affiant
Ronald D. Williams, Special Agent
Internal Revenue Service

Sworn to before me, and subscribed in my presence

Date

at Washington, D.C.

Name and Title of Judicial Officer

Signature of Judicial Officer